# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0225. HERSCHEL GERALD BYRD v. THE STATE.**

In 2007, Herschel G. Byrd pleaded guilty to voluntary manslaughter and possession of a firearm by a convicted felon. Other charges against Byrd were dead-docketed. In 2019, we affirmed Byrd's convictions in an unpublished opinion. See *Byrd v. State*, Case Nos. A18A1589, A18A1593, Feb. 19, 2019. Byrd has continued to file numerous motions in the case. In 2020, the trial court entered an "Omnibus Denial Order," denying Byrd's motions due to the case's dead-docketing. Byrd filed this direct appeal. We lack jurisdiction.

This case is controlled by our Supreme Court's recent decision in *Seals v. State*, ___ Ga. ___ (860 SE2d 419) (2021), which held that, when a count of the indictment is dead-docketed, the case remains pending below. So, to pursue an appeal, the defendant must follow the procedures for an interlocutory appeal, including obtaining a certificate of immediate review from the trial court and filing an application with the appellate court. See OCGA § 5-6-34 (b); *Seals*, ___ Ga. at ___. Because Byrd failed to follow the interlocutory appeal procedures, this appeal is hereby

DISMISSED for lack of jurisdiction. See Id.; *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __09/21/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*